UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

HAGGERTY NOVI OWNER, LLC.[sic];
and DRIFTWOOD HOSPITALITY
MANAGEMENT II, LLC. [sic],

    Defendants.

CASE NO. 2:19-cv-10792

HON. SEAN F. COX

MAGISTRATE JUDGE
STEPHANIE DAWKINS-DAVIS

| BLACKMORE LAW PLC | JACKSON LEWIS P.C. |
|---|---|
| Angela C. Spears (P82653) | Tiffany Buckley-Norwood (P69807) |
| Attorneys for Plaintiff | Daniel C. Waslawski (P78037) |
| 21411 Civic Center Drive, Suite 200 | Attorneys for Defendants |
| Southfield, MI 48076 | 2000 Town Center, Suite 1650 |
| (248) 845-8594 | Southfield, MI 48075 |
| aspears@blakcmorelawplc.com | (248) 963-1900 |
| | tiffany.buckley@jacksonlewis.com |
| | daniel.waslawski@jacksonlewis.com |

## STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

The parties, through their respective attorneys, stipulate and agree to a dismissal of Plaintiff's Complaint in its entirety with prejudice as to all parties and with each party to bear his or its own attorneys' fees and costs.  The parties further stipulate and agree that entry of this Order will resolve all pending claims and close the case.

STIPULATED AND AGREED TO BY:

By: /s/ George T. Blackmore (w/consent)
BLACKMORE LAW PLC
George T. Blackmore (P76942)
Attorney for Plaintiff
21411 Civic Center Drive, Suite 200
Southfield, MI 48076
(248) 845-8594
george@blackmorelawplc.com

By: /s/ Daniel C. Waslawski
JACKSON LEWIS P.C.
Tiffany Buckley-Norwood (P69807)
Daniel C. Waslawski (P78037)
Attorneys for Defendants
2000 Town Center, Suite 1650
Southfield, MI 48075
(248) 963-1900
Tiffany.Buckley@jacksonlewis.com
Daniel.Waslawski@jacksonlewis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD COHAN,

        Plaintiff,

v.

HAGGERTY NOVI OWNER, LLC.[sic];
and DRIFTWOOD HOSPITALITY
MANAGEMENT II, LLC. [sic],

        Defendants.

CASE NO. 2:19-cv-10792

HON. SEAN F. COX

MAGISTRATE JUDGE
STEPHANIE DAWKINS-DAVIS

## ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice as to all parties and with each party to bear his or its own attorneys' fees and costs. Entry of this order resolves all pending claims and closes the case.

IT IS SO ORDERED.

Dated: July 8, 2020

s/Sean F. Cox
Sean F. Cox
U. S. District Judge